An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS MORLEY,
Appellant,
vs.
JOHN W. BOSTEDT; AND JONATHEN
NICHOLS,
Respondents.

No. 67752

**FILED**

JUN 19 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Joanna Kishner, District Judge
Malcolm P LaVergne & Associates
John W. Bostedt
Bellon & Maningo, Ltd.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-18789